No. 77–350. O'BRIEN *v.* DUTCHIE, INC. C. A. 6th Cir. Certiorari denied.

No. 77–353. COGDELL *v.* COGDELL ET AL. Ct. Civ. App. Tex., 11th Sup. Jud. Dist. Certiorari denied.

No. 77–354. QUINN *v.* DONDLINGER & SONS CONSTRUCTION CO., INC. C. A. 10th Cir. Certiorari denied.

No. 77–356. CALL CARL, INC., ET AL. *v.* BP OIL CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–358. NATIONAL MARITIME UNION OF AMERICA, AFL–CIO *v.* COMMERCE TANKERS CORP. ET AL.; and

No. 77–376. COMMERCE TANKERS CORP. ET AL. *v.* NATIONAL MARITIME UNION OF AMERICA, AFL–CIO. C. A. 2d Cir. Certiorari denied. Reported below: 553 F. 2d 793.

No. 77–362. ROBINSON *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 77–366. BLINDER ROBINSON & Co., INC. *v.* HALPERT OBERST & Co. C. A. 3d Cir. Certiorari denied.

No. 77–367. FORD MOTOR Co. *v.* REA ET AL. C. A. 3d Cir. Certiorari denied.

No. 77–370. KENNY ET AL. *v.* CITY OF PHILADELPHIA; and MACDONALD ET AL. *v.* CITY OF PHILADELPHIA. Pa. Commw. Ct. Certiorari denied.

No. 77–377. NEW JERSEY MANUFACTURERS INSURANCE Co. *v.* MOTOR CLUB FIRE & CASUALTY Co. ET AL. Sup. Ct. N. J. Certiorari denied.